IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Larry | Case Number: 04 B 15820 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | | Filed: 4/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 26, 2009
Confirmed: June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,151.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 11,797.83 |
| Priority: | | 0.00 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 753.17 |
| Other Funds: | | 0.00 |
| Totals: | 14,151.00 | 14,151.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,600.00 | 1,600.00 |
| 2. | Illinois Dept Of Public Aid | Unsecured | 446.62 | 0.00 |
| 3. | Illinois Dept Of Public Aid | Unsecured | 777.16 | 6,913.17 |
| 4. | Illinois Student Assistance Commission | Unsecured | 1,166.48 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 1,318.94 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 549.11 | 4,884.66 |
| 7. | Internal Revenue Service | Priority | | No Claim Filed |
| 8. | Illinois Child Support | Unsecured | | No Claim Filed |
| 9. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| | | | $ 5,858.31 | $ 13,397.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 42.72 |
| 6.5% | 130.91 |
| 3% | 24.35 |
| 5.5% | 85.16 |
| 5% | 88.83 |
| 4.8% | 52.21 |
| 5.4% | 276.11 |
| 6.6% | 52.88 |
| | $ 753.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Taylor, Larry | Case Number:  04 B 15820 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/03/09 | Filed:  4/22/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: